## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Sue H.,

      Petitioner,

v.

Markwayne Mullin, et al.,

      Respondents.

No. 26-cv-3270 (KMM/SGE)


**ORDER**

---

The Court has carefully reviewed the Petitioner Sue H.'s Motion for an Injunction preventing his immediate removal to Laos. [ECF 10.] The Court does not make light of the hardship Mr. H.'s removal will cause to him and to his family, a hardship worsened by the reality that he was not given an opportunity to get his affairs in order. However, the Court does not see a legal basis in the Petition or in the record as a whole to enjoin removal in this case. *See generally* 8 U.S.C. § 1252(g). Therefore, the Motion is denied.

      **So ordered.**


Date: July 27, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge


1